## ZETTEROWER *v.* FLOYD.

PER CURIAM. This case being for decision by the entire bench composed of six Justices, who are evenly divided in opinion, Russell, C. J., Beck, P. J., and Atkinson, J., being of the opinion that the judgment of the trial court should be reversed, and Hill, Gilbert, and Hines, JJ., being of the opinion that the judgment should be affirmed, the judgment stands affirmed by operation of law.

No. 8427. MARCH 5, 1932.

*Anderson & Jones,* for plaintiff in error.

*Deal & Renfroe, Howell Cone,* and *Fred T. Lanier,* contra.